PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Jeremias Vargas (True Name: Domingo Villar)    **Docket Number:** 07-00306-001

**Name of Sentencing Judicial Officer:** Dan Aaron Polster, USDJ, ND/OH

**Date of Original Sentence:** 12/15/2000

**Date of Transfer of Jurisdiction:** 05/02/07

**Name of Assigned Judicial Officer:** Katharine S. Hayden, USDJ

**Original Offense:** Conspiracy to Possess with Intent to Distribute and Distribution of More Than 50 But Less Than 150 Kilograms of Cocaine

**Original Sentence:** 70 months imprisonment; 5 years supervised release

**Type of Supervision:** Supervised Release    **Date Supervision Commenced:** 12/19/03

**Assistant U.S. Attorney:** To be assigned, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** To be assigned, 972 Broad Street, Newark, New Jersey 07102, (973) 645-6347

## PETITIONING THE COURT

[ ]  To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**You shall notify the probation officer within 72 hours of any change of residence or employment.**'<br><br>On April 11, 2007, the probation officer received information that the offender was no longer working as a loan officer at 1st American Funding, Fairfield, New Jersey. A few months later, the offender secured employment at Ray's Furniture, Paterson, New Jersey. On November 20, 2007, the probation officer learned that the offender was no longer working at Ray's Furniture (as of November 13, 2007). On both occasions, the offender failed to report the change in his employment status within the requisite time period. |

2     The offender has violated the supervision condition which states '**You shall support your dependents and meet other family responsibilities.**'

Information from the New Jersey Child Support Hotline revealed the offender is delinquent on his child support payments. On case number CS21706778A, the offender's last payment of $300 was made on January 8, 2007. The offender should be making payments of $146 per week ($96 for current support and $50 for the amount in arrears). As of December 2007, the amount owed is $47,920.56.

3     The offender has violated the supervision condition which states '**You shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.**'

In June 2006, the offender disclosed that he under-reported the income on his 2005 tax return. Subsequent to that disclosure, he was instructed to file amended tax returns. As of today's date, the tax return has not been amended.

4     The offender has violated the supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**'

The offender failed to report as directed on December 1, 2006; February 12, 2007; February 23, 2007; April 12, 2007; August 24, 2007; September 10, 2007; October 24, 2007; October 30, 2007; and December 18, 2007.

I declare under penalty of perjury that the foregoing is true and correct.

By: Denise Morales
U.S. Probation Officer
Date: 12/28/07

THE COURT ORDERS:

[ ] The Issuance of a Warrant
[X] The Issuance of a Summons.  Date of Hearing: 1/31/08 at 3:00 p.m.
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

1/7/08
_____
Date