UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

07-306

**UNITED STATES v. JEREMIAS VARGAS** (a/k/a "DOMINGO VILLAR") D/O/B 09/25/1973 Reg # 05933-265

## PETITION FOR WRIT OF HABEAS CORPUS

1. JEREMIAS VARGAS (a/k/a "DOMINGO VILLAR"), (D/O/B 09/25/1973) is now confined at the Passaic County Jail, 11 Sheriff's Plaza, Paterson, New Jersey 07501.

2. Said individual will be required at Newark, New Jersey, before the Hon. Katharine S. Hayden, United States District Judge, **on Tuesday, August 5th, 2008, at 2:00 p.m.**, for a **Violation of Supervised Release Hearing**. A Writ of Habeas Corpus should be issued for that purpose.

DATED: July 31st, 2008

BRIAN URBANO
ASSISTANT U.S. ATTORNEY

## ORDER

Let the Writ Issue.
DATED: 7/31/08, 2008

HON. KATHARINE S. HAYDEN
UNITED STATES DISTRICT JUDGE

## WRIT OF HABEAS CORPUS

The United States of America to the Warden of the Passaic County Jail, Paterson, New Jersey

WE COMMAND YOU that you have the body of

**JEREMIAS VARGAS (a/k/a "DOMINGO VILLAR")**

now confined at the Passaic County Jail, be brought before the United States District Court, the Hon. Katharine S. Hayden, U.S. District Judge, in the U.S. Post Office and Federal Building, Federal Square, Newark, New Jersey 07102, on August 5th, 2008, at 2:00 p.m., so that he may appear for a **Violation of Supervised Release Hearing** in the above-captioned matter.

WITNESS the Honorable Katharine S. Hayden
United States District Judge
Newark, New Jersey

DATED: 7/31/08

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
Deputy Clerk